# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____


LEOPOLD FRIEDMAN, 919 OLD WINTER HAVEN REALTY, LLC, 2055
PALMETTO REALTY, LLC, 703 SOUTH 29TH ST REALTY, LLC, and 1650
FOURAKER REALTY, LLC,

Petitioners,

v.

919 OLD WINTER HAVEN ROAD, SPE, LLC, 2055 PALMETTO STREET,
SPE, LLC, 703 SOUTH 29TH STREET, SPE, LLC, 1650 FOURAKER
ROAD, SPE, LLC, 3663 15TH A VENUE, SPE, LLC, AURBURNDALE
OAKSCARE AND REHABILITATION CENTER, LLC, CLEAR WATER CARE
AND REHABILITATION CENTER, LLC, LAUREL POINT CARE AND
REHABILITATION CENTER, LLC, WEST JACKSONVILLE CARE AND
REHABILITATION CENTER, LLC, and ATLANTIC CARE AND
REHABILITATION CENTER, LLC,

Respondents

Case No. 2D23-2490

_____


April 3, 2024

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Patricia A. Muscarella, Judge.

Christa C. Turner, Elizabeth A. Green, Andrew V. Layden, and Daniella
L. Merola of Baker & Hostetler LLP, Orlando; Charles A. Samarkos of
Johnson, Pope, Bokor, Ruppel & Burns, LLP, Clearwater, for Petitioners.

Matthew F. Hall of Hill Ward Henderson, Tampa; Kevin H. Marino, John
D. Tortorella, and Mark J. Criser (substituted as counsel of record) of
Marino, Tortorella & Boyle, P.C., Chatham, New Jersey, for Respondents.

PER CURIAM.

Denied.

ATKINSON, and SMITH, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.